AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

JAMES M. MENDELSOHN,

    Debtor.
_____/

Case No. 10-12305 AJ
(Chapter 13 Proceeding)

SECURED CREDITOR, FORD MOTOR CREDIT COMPANY's OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**CONFIRMATION HEARING**:
Date: November 1, 2010
Time: 1:30 p.m.
Ctrm: 99 S. "E" Street
      Santa Rosa, CA

FORD MOTOR CREDIT COMPANY (hereinafter referred to as "Secured Creditor") objects to confirmation of the Chapter 13 Plan proposed hereunder by Debtor, JAMES M. MENDELSOHN (hereinafter referred to as "Debtor") on the following grounds:

1. On July 9, 2006, Debtor (as Buyer) entered into a written Retail Installment Sale Contract – Simple Interest Finance Charge (hereinafter referred to as "Security Agreement") with Novato Ford (as Seller) which evidenced Debtor's financed purchase of the 2006 Ford E250 (Vehicle Identification Number 1FTNE24L56DA90173) (hereinafter referred to as the "property"), which has become the subject of this action. The aforementioned Security

1

Agreement was duly assigned by Novato Ford to Secured Creditor during the normal course of business on or about July 9, 2006.

2. Upon executing the Security Agreement, a true and correct photocopy of which is filed separately herewith and which is incorporated herein by reference, and by subsequently taking possession of the property which was being financed by Secured Creditor, Debtor agreed and became obligated to pay the sum of $26,069.83, with interest accruing at the contract rate of 0.90% per annum, for the financed purchase of the subject property. Further evidence of Secured Creditor's secured position is reflected on the Certificate of Title for the subject property, a true and correct photocopy of which is filed separately herewith and which is incorporated herein by reference.

3. Secured Creditor further objects to Debtor's Plan in light of the fact that Debtor has attempted to avoid paying Secured Creditor interest on its secured claim. Secured Creditor objects to the Plan because the proposed interest rate of 0.00% is less than the guidelines provided in Till vs. SCS Credit Corp. 541 U.S. 465, 124 SCt 1951, 158 L.Ed. 2d 787 (2004) (In re Till). In the Till case, the Supreme Court found that the appropriate rate of interest when a debtor is "cramming down" the value of collateral pursuant to 11 U.S.C. Section 1325(a)(5)(B)(ii) is the "prime-plus" or "formula rate" which augments the national prime rate to account for the risk of nonpayment by the debtor. The Supreme Court refused to determine the proper scale for risk adjustment, but noted that other courts have approved adjustments of 1.5% to 3%. The Prime Rate was 3.25% at the time the Debtor filed this case.

4. Secured Creditor believes that if it is forced to accept its inclusion under Debtor's Plan as is presently proposed, Secured Creditor will be prejudiced by its position thereunder and Secured Creditor will continue to suffer substantial, mounting losses.

WHEREFORE, SECURED CREDITOR RESPECTFULLY MOVES:

1. That, based upon the risk factors set forth more fully above, as well as others that may exist, confirmation of this Chapter 13 Plan be denied; or, in the alternative;

2. That Secured Creditor's secured claim accrue interest at the fair market rate of 6.25% per annum;

Dated: October 7, 2010      LAW OFFICES OF
AUSTIN P. NAGEL

/s/ Grace E. Feldman
_____
FBKE.1945      Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

3