AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

JAMES M. MENDELSOHN,

    Debtor.
_____/

Case No. 10-12305 AJ
(Chapter 13 Proceeding)

EXHIBITS IN SUPPORT OF SECURED CREDITOR, FORD MOTOR CREDIT COMPANY'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**CONFIRMATION HEARING**:
Date: November 1, 2010
Time: 1:30 p.m.
Ctrm: 99 S. "E" Street
      Santa Rosa, CA

| EXHIBIT | TITLE/DESCRIPTION OF DOCUMENT | NO. OF PAGES |
|---|---|---|
| A | Security Agreement | 1 |
| B | Certificate Of Title | 1 |
| C | Kelley Blue Book Report | 1 |

FBKE.1945

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE INTEREST FINANCE CHARGE

Dealer Number | Contract Number | R.O.S. Number | [Dealer] Stock Number: 6685

**Buyer Name and Address (Including County and Zip Code):**
MICHAEL MENDELSOHN
PERFORMANCE FLOOR COVERING
7678 BOBBIE WAY
ROHNERT PARK SONOMA CA 94928

**Creditor – Seller (Name and Address):**
NOVATO FORD
6995 REDWOOD BLVD
NOVATO CA 94945

You, the Buyer (and Co-Buyer, if any) may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor – Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2006 | FORD TRUCK ECONOLINE-VA | 14 | 1FTNE24L56DA90173 | XX personal, family or household  ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $3000.00 |
|---|---|---|---|---|
| 0.90 % | $600.17(e) | $26069.83 | $26670.00(e) | $29670.00(e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 59 Payments | 444.50 | Monthly, Beginning 08/08/2006 |
| N/A Payments | N/A | Monthly, Beginning N/A |
| One Final Payment | 444.50 | DUE ON 07/08/2011 |

**Late Charge.** If a payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED

1. **Total Cash Price**
   A. Cash Price of Motor Vehicle and Accessories .......... $24727.23 (A)
      1. Cash Price Vehicle .......... $23932.23
      2. Cash Price Accessories .......... $795.00
   3. Other (Nontaxable)
      * Describe N/A .......... $ N/A
      * Describe N/A .......... $ N/A
   B. Document Preparation Fee (not a governmental fee) .......... $45.00
   C. Smog Fee Paid to Seller .......... $ N/A (C)
   D. Theft Deterrent Device .......... $ N/A
   E. Theft Deterrent Device .......... $ N/A
   F. Surface Protection Product .......... $ N/A
   G. Surface Protection Product .......... $ N/A
   H. Sales Tax (on taxable items A through G) .......... $1915.85
   I. Optional DMV Electronic Filing Fee .......... $28.00
   J. (Optional) Service Contract (to whom paid) EASY CARE $1316.00
   K. (Optional) Service Contract (to whom paid) EASY CARE $655.00
   Prior Credit or Lease Balance paid by Seller to .......... $ N/A (L)
   (see downpayment and trade-in calculation)
   M. (Optional) Gap Contract (to whom paid) N/A .......... $ N/A
   N. (Optional) Used Vehicle Contract Cancellation Option Agreement $ N/A
   O. Other (to whom paid) N/A .......... $ N/A
   For
   Total Cash Price (A through O) .......... $28691.08

2. **Amounts Paid to Public Officials** ESTIMATED
   A. License Fees .......... $161.00 (A)
   B. Registration/Transfer/Titling Fees .......... $209.00 (B)
   C. California Tire Fees .......... $8.75
   D. Other N/A .......... $ N/A
   E. Other N/A .......... $ N/A
   Total Official Fees (A through E) .......... $378.75

3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance column a + b) .......... $ N/A
4. **Smog Certification or Exemption Fee Paid to State** .......... $ N/A (4)
5. **Subtotal (1 through 4)** .......... $29069.83 (5)
6. **Total Downpayment**
   A. Agreed Trade-In Value Yr ___ Make ___
      Model ___ Odom ___
      VIN ___ .......... $ N/A (A)
   B. Less Prior Credit or Lease Balance .......... $ N/A (B)
   C. Net Trade-In (A less B) (indicate if a negative number) .......... $ N/A
   D. Deferred Downpayment .......... $ N/A
   E. Manufacturer's Rebate .......... $1000.00 (E)
   F. Other N/A .......... $ N/A
   G. Cash .......... $2000.00 (G)
   Total Downpayment (C through G) .......... $3000.00
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1L above)
7. **Amount Financed (5 less 6)** .......... $26069.83 (7)

*Seller may keep part of these amounts.

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.
Proceeds of Loan From: N/A
Amount $ N/A   Finance Charge $ N/A
Total $ N/A    Payable in N/A
Installments of $ N/A
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: N/A

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back give the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _____ Co-Buyer X _____

## STATEMENT OF INSURANCE
**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**
Term ___ Premium
N/A Ded. Comp. Fire & Theft ___ $ N/A
N/A Ded. Collision ___ $ N/A
Bodily Injury $ N/A Limits ___ $ N/A
Property Damage $ N/A Limits ___ $ N/A
Medical $ N/A Limits ___ $ N/A
N/A ___ $ N/A
Total Vehicle Insurance Premiums $ N/A

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X /s/
Co-Buyer X
Seller X

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Application for Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | | $ N/A |
| Credit Disability | N/A Mos. | | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name ___
Home Office Address ___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday; (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date; (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.
X _____ Buyer Signature _____ Age
X _____ Co-Buyer Signature _____ Age
Date ___

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 1M. See your gap contract for details on the protection it provides. It is a part of this contract.
Term N/A Mos. ___ Name of Gap Contract
You want to buy a gap contract.

**OPTIONAL SERVICE CONTRACT(S).** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1J and/or 1K above.

Company EASY CARE
Term 60 Mos. For 60000 Miles
Company EASY CARE
Term 30 Mos. For 35000 Miles
Buyer X /s/

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X /s/
Co-Buyer Signs ___

---

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before N/A ___ Year ___ SELLER'S INITIALS

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
**WARNING:**
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER (CO-BUYER) SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
B/S X /s/ ___ X ___

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-in Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown in Item 6B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in Item 6B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X /s/ ___ Co-Buyer X ___

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X /s/ ___ Co-Buyer Signature X ___

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

THERE IS NO COOLING OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION
California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a motorcycle or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X /s/ Date 07/09/06  Co-Buyer Signature X Date 07/09/06

Co-Buyers and Other Owners – A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X ___ Address ___

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor agrees to be liable even if we do not ask Buyer for the total amount owing, even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do any of the following: (1) give the Buyer more time to pay one or more payments; (2) give up or extend the contract. Each Guarantor agrees to receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's nonpayment, non-performance, and default, and the amount owing at any time, and of any demands upon the Buyer.

Guarantor X ___ Date 07/09/06  Guarantor X ___ Date ___
Address NOVATO FORD

Seller Signs ___ Date ___ By ___

Case: 10-12305  Doc#: 16-2  Filed: 10/08/10  Entered: 10/08/10 12:42:12  Page 2 of 4

EXHIBIT A

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY
*MAIL THIS FORM TO DMV*

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME | FIRST
B. NEW OWNER'S ADDRESS | APT NUMBER
C. ODOMETER READING (NO TENTHS)
D. CITY | STATE | ZIP CODE
E. DATE OF SALE OR LEASE RETURN  MO DAY YR
F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST
G. SELLING PRICE (NO CENTS) WHOLE DOLLARS
H. SELLER'S OR LESSEE'S ADDRESS | APT NUMBER
I. SELLER'S OR LESSEE'S SIGNATURE  X
J. CITY | STATE | ZIP CODE

VEHICLE ID NUMBER: 1FTNE24L56DA90173
YR. MODEL MAKE: 2006 FORD
PLATE NUMBER: 8D82147

REG 138A (REV. 8/2007)

---

### STATE OF CALIFORNIA — CERTIFICATE OF TITLE

NO6100723BA

COMMERCIAL

VEHICLE ID NUMBER: 1FTNE24L56DA90173
YR MODEL: 2006  MAKE: FORD  PLATE NUMBER: 8D82147
BODY TYPE MODEL: VN
AX: 2  UNLADEN WEIGHT: 05035  FUEL: G
FEES PAID: NONE
REGISTRATION EXPIRATION DATE: 07/31/2010
YR 1ST SOLD: 2006  CLASS: FR  YR: RU  MO:
ISSUE DATE: 07/31/10
ODOMETER DATE: 07/09/2006
ODOMETER READING: 14 MI
ACTUAL MILEAGE

REGISTERED OWNER(S):
MENDELSOHN JAMES MICHAEL
DBA PERFORMANCE FLOOR
COVERING
7578 BOBBIE WAY
ROHNERT PARK CA 94928

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ___ DATE   X ___ SIGNATURE OF REGISTERED OWNER
1b. ___ DATE   X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ▒▒▒▒▒▒ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S)
X | X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S):
FORD MOTOR CRDT CO
260 INTERSTATE N PKWY NW
ATLANTA
GA 30339

2. X ___ Signature releases interest in vehicle. (Company names must be countersigned)
Release Date ___

CA 125676204
018897
REG. 17.30RS (REV.7/07)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT B

Case 10-12305   Doc# 16-2   Filed 10/08/10   Entered 10/08/10 12:42:12   Page 3 of 4

License Plate # N/A　　　　　　　　　　　　　　　　　　　　　Stock #N/A
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Aug 11, 2010

# Suggested Retail Breakdown
# Kelley Blue Book
## Effective dates: 8/6/2010-8/12/2010

| | |
|---|---|
| 2006 Ford E250 Super Duty Cargo Extended Van 3D | $12,850 |
| VIN: 1FTNE24L56DA90173 | |
| V8, 4.6 Liter | Included |
| Automatic | Included |
| RWD | Included |

### *** Equipment ***

| | |
|---|---|
| Air Conditioning | Included |
| Power Steering | Included |
| Tilt Wheel | 200 |
| AM/FM Stereo | Included |
| Dual Air Bags | 0 |
| ABS (4-Wheel) | 265 |
| Steel Wheels | 0 |

Fuel City/Hwy　　15/19 MPG

| | |
|---|---|
| Suggested Retail Value without mileage | $13,315 |
| Mileage Adjustment(57500) miles | 0 |
| ***Total Kelley Blue Book Suggested Retail Value | $13,315 |

Law Offices of Austin P Nagel

8/6/2010-8/12/2010 Kelley Blue Book® KARPOWER Online's(SM) values for California.
Values are subjective opinions. Kelley Blue Book assumes no liability for errors or
omissions as to values, manufacturer or dealer information.
©Copyright Kelley Blue Book 2010. All rights reserved.



EXHIBIT C