DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:
   JAMES M. MENDELSOHN
   PO BOX 236
   COTATI, CA 94931

   ###-##-4906
              Debtor(s).

Case No.: 10-1-2305AJ13
Chapter 13

**FIRST AMENDED** NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**CONFIRMATION HEARING:**
Date:    12/20/2010
Time:    1:30 PM
Place:    United States Bankruptcy Court
           99 South E Street
           Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Paragraph 11 of the Debtor's plan indicates the lien on Debtor's real property held by Chase HELOC shall be avoided.  The Trustee requests that Debtor's Notice and Motion to Avoid Lien be filed and resolved prior to confirmation.

2. Paragraphs 2 and 3 of the Debtor's plan proposes pre-confirmation fixed monthly payments totaling $408.70 to be paid through the plan.  Debtor's monthly plan payments are $410.60, thus not allowing for the 10% Trustee's administrative fees.  The Trustee will be unable to administer this provision of the plan and requests that Debtor's counsel amend the plan.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated:  November 4, 2010                 DAVID BURCHARD_____
                                                        DAVID BURCHARD, Chapter 13 Trustee

# Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| JAMES M. MENDELSOHN<br>PO BOX 236<br>COTATI, CA 94931 | DANIEL B. BECK<br>BECK LAW, P.C.<br>2681 CLEVELAND AVE.<br>SANTA ROSA, CA 95403 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104


Dated: November 4, 2010          /s/ DENIZ BRIDGMAN
                                 DENIZ BRIDGMAN