ROUTH CRABTREE OLSEN, P.S.
Edward T. Weber, Esq., SBN #194963
Brett P. Ryan, Esq., SBN #200563
Jonathan J. Damen, Esq., SBN #251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile (714) 277-4899
Email jdamen@rcolegal.com

RCO No.: 7037.42208
Attorneys for movant, JPMorgan Chase Bank, its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>James M Mendelsohn dba Performance Floor Covering; FDBA Mendelsohn Floor Covering; FDBA Mendelsohn's Performance Floor Covering<br><br>Debtor. | Bk. No. 10-12305-AJ<br>R.S. No.: JJD-747<br>Judge Alan Jaroslovsky<br>**Chapter 13**<br><br>*MOTION FOR RELIEF FROM AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date: February 24, 2011<br>Time: 9:00 am<br>Place: U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 |

### I. Introduction

COMES NOW, JPMorgan Chase Bank, its assignees and/or successors in interest ("Movant") and moves this court for an Order under 11 U.S.C. §362 terminating the automatic stay, allowing Movant to proceed with and complete any and all contractual and/or statutory

MOTION FOR RELIEF FROM STAY
1

remedies incident to its security interests held in real property commonly described as **7578 BOBBIE WAY, ROHNERT PARK, CA 94928** ("Property"). Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workouts/loss mitigation agreement and to contact the Debtor(s) via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. Movant further moves that, absent objection, the provisions of F.R.B.P. 4001(a)(3) be waived to avoid further deterioration of Movant's secured position.

## II. Parties in Interest

On or about February 10, 2006, JAMES M MENDELSOHN and ELIZABETH H MENDELSOHN executed a Note in the original principal amount of $396,000.00 ("Note"). The indebtedness under the Note is secured by a Deed of Trust recorded against the Property ("Deed of Trust"). A true and correct copy of the Note and Deed of Trust, including the legal description, is attached hereto as Exhibit "A."

James M Mendelsohn dba Performance Floor Covering; FDBA Mendelsohn Floor Covering; FDBA Mendelsohn's Performance Floor Covering ("Debtor") filed for protection under Chapter 13 of Title 11 of the United States Code on June 19, 2010.

David Burchard is the duly appointed Chapter 13 Trustee in the case. To the extent that the relief sought herein is granted, the Chapter 13 Trustee should be bound by any such Order or Judgment.

## III. Argument

Under 11 U.S.C. §362(d)(1), on request of a party of interest, the Court shall terminate, annul, modify or condition the stay for "cause." Significant default under the terms of a Chapter

MOTION FOR RELIEF FROM STAY

2

13 Plan is "cause" sufficient to terminate the automatic stay. See In re Ellis, 60 B.R. 432 (9th Cir. BAP 1985). In this case, Debtor has failed to make post-petition monthly payments to Movant as prescribed and is thus in default under the terms of the Chapter 13 Plan. Therefore, "cause" exists to terminate the automatic stay.

As of the date of this Motion, the Debtor has accumulated the following post-petition defaults:

| | |
|---|---|
| 1 Payments from September 1, 2010 to September 1, 2010 @ $2,747.37 each | $2,747.37 |
| 3 Payments from October 1, 2010 to December 1, 2010 @ $2,626.33 each | $7,878.99 |
| Bankruptcy Attorney Fees | $800.00 |
| Total Post Petition Due | **$11,426.36** |

A true and correct copy of the Payment History is attached hereto as Exhibit "C."

The approximate amount owed under the terms of the Note is as follows:

| | |
|---|---|
| Principal Balance | $387,532.28 |
| Accrued Interest | $15,901.05 |
| Accrued late charges | $2,108.28 |
| Total Fees | $104.00 |
| Approximate Total Due | **$405,645.61** |

These figures are an estimate only and are subject to change as additional fees are incurred and payments are made or become due, including but not limited to the attorney fees and costs incurred as a result of the filing of this Motion.

Value (as shown on Debtor's Schedules A and D): $300,000.00

Less:

MOTION FOR RELIEF FROM STAY

3

| Movant's Deed of Trust (1st) | $405,645.61 |
| Chase (Other Lien Holder #1) (as shown on Debtor's Schedule D) | $42,171.00 |
| TOTAL EQUITY | ($147,816.61) |

Movant requests that the Court take judicial notice of Debtor's Schedule A and D, a true and correct copy of which is attached hereto as Exhibit "B".

WHEREFORE, Movant prays that this Court issue an Order granting the following:

1. Terminating or modifying the stay, as to the Debtor and Debtor's bankruptcy estate, allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property;

2. Alternatively, in the event this Court declines to grant Movant the relief requested above, Movant requests that an Order for adequate protection be issued pursuant to 11 U.S.C. § 361, including a requirement that Debtor reinstate all past arrearages and immediately commence regular monthly payments;

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

4. That the fourteen (14) day stay under Bankruptcy Rule 4001(a)(3) be waived;

5. That any fees and costs incurred in the prosecution of this motion may be assessed consistent with the terms of the underlying Note and Deed of Trust; and

6. For such other relief as the Court deems proper.

Date: January 27, 2011

ROUTH CRABTREE OLSEN, P.S.

By: /s/Jonathan J Damen
JONATHAN J DAMEN, ESQ.
Attorneys for Movant
RCO 7037.42208

MOTION FOR RELIEF FROM STAY